ACCEPTED
03-16-00718-CV
13659303
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:24:40 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:24:40 AM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF
TEXAS AT AUSTIN**

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION: TCAA ENFORCEMENT CASE

**On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas**

## PARKER COUNTY'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Parker County files this Notice of Appearance of Counsel and Designation of Lead Counsel on Appeal as follows:

1.    Appellee designates the following attorneys as counsel on appeal:

JOHN FORREST
Parker County Attorney
Texas Bar Number 00796567
Parker County Attorney
118 W. Columbia Street
Weatherford, Texas 76086
(817) 594-8409
(817) 594-8414 (facsimile)
john.forrest@parkercountytx.com

1

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.      LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.      Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
        Anthony F. Constant
        State Bar No. 04711000
        CONSTANT LAW FIRM
        800 N. Shoreline Blvd., Ste. 2700 South
        Corpus Christi, TX 78401
        Telephone: (361) 698-8000
        Telecopier: (361) 887-8010
        office@constantlawfirm.com

        **ATTORNEY FOR APPELLEE**
        **PARKER COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com